JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER DELANO GOODRIDGE, | NO. CV 18-0926-SVW (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 11, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE